**Original**

FILED IN CLERK'S OFFICE
U.S.D.C.-Atlanta

FEB 04 2005

LUTHER ___, Clerk
By: ___ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TISA SCHUURMAN | * | |
| | * | |
| Plaintiff, | * | Civil Action |
| | * | No. 1:04-CV-2799 |
| vs. | * | |
| | * | |
| FOUNDATION TECHNOLOGY SERVICES, LLC | * | |
| | * | |
| | * | |
| Defendant. | * | |

## APPLICATION FOR ENTRY OF DEFAULT

COMES NOW Plaintiff Tisa Schuurman and pursuant to Fed. R. Civ. P. 55(a) requests that the Clerk enter a default against Foundation Technology Services, Inc. for failure to appear or otherwise defend. In support of this application plaintiff shows the Clerk the following:

1. Plaintiff filed her Complaint on July 23, 2004.

2. Defendant Foundation Technology Services, LLC was served with the Summons and Complaint on September 12, 2004 by serving its registered agent Charles M. Rugiero at his usual place of abode located at 7299 Sentinae Chase Drive, Roswell, GA 30076.

3. The defendant has failed to answer or otherwise defend against the

1

Complaint within the time permitted by the Federal Rules of Civil Procedure and is subject to entry of default.

4. The Declaration in Support of Entry of Default of Jeffrey A. Johnson is attached as Exhibit A.

WHEREFORE, the Plaintiff requests the Clerk to enter default against defendant Foundation Technology Services, Inc.

This the 4th day of February, 2005.

Respectfully submitted,

*[signature]*

Jeffrey A. Johnson
Georgia Bar No. 394719
Attorney for Plaintiff

331 Washington Avenue
Marietta, GA 30060
(770) 919-0517

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TISA SCHUURMAN | * | |
| | * | |
| Plaintiff, | * | Civil Action |
| | * | No. 1:04-CV-2799 |
| vs. | * | |
| | * | |
| FOUNDATION TECHNOLOGY | * | |
| SERVICES, LLC | * | |
| | * | |
| Defendant. | * | |

## DECLARATION IN SUPPORT OF ENTRY OF DEFAULT

Jeffrey A. Johnson makes the following declaration under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. My name is Jeffrey A. Johnson and I am over the age of eighteen. I am counsel for Plaintiff Tisa Schuurman in this action, and have personal knowledge of the facts set forth in this declaration.

2. Plaintiff filed her Complaint on July 23, 2004.

3. Defendant Foundation Technology Services, LLC was served with the Summons and Complaint on September 12, 2004 by serving its registered agent Charles M. Rugiero at his usual place of abode located at 7299 Sentinae Chase Drive, Roswell, GA 30076. A true and correct copy of the Return of Service executed by a process server employed by Professional Process Service of

Georgia, Inc. is attached as Exhibit 1.

4. The defendant has failed to answer or otherwise defend against the Complaint within the time permitted by the Federal Rules of Civil Procedure and is subject to entry of default.

4. This declaration in Support of Entry of Default is executed by Jeffrey A. Johnson in accordance with Fed. R. Civ. P. 55 (a) for the purpose of enabling Plaintiff to obtain an entry of default against Defendant for its failure to answer or otherwise defend against the petition.

This the 4th day of February, 2005.

Respectfully submitted,

Jeffrey A. Johnson
Georgia Bar No. 394719
Attorney for Plaintiff

331 Washington Avenue
Marietta, GA 30060
(770) 919-0517

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN                                District of   GEORGIA

TISA SCHUURMAN

            V.

FOUNDATION TECHNOLOGY
SERVICES, LLC

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**1:04-CV-2155**

TO: (Name and address of Defendant)

FOUNDATION TECHNOLOGY SERVICES, LLC
Registered Agent:  Charles M. Ruggiero
7290 Sentinae Chase Dr.,
Roswell, GA  30076

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JEFFREY A. JOHNSON
331 Washington Avenue
Marietta, GA  30060

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you f the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonal period of time after service.

**LUTHER D. THOMAS**                           JUL 26 2004

CLERK                                          DATE

EXHIBIT
1

AO 440 (Rev 1/90) Summons in a Civil Action

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | Date 9/12/04 |
|---|---|
| Name of Server (Print) Anthonio Hightower | Title PRIVATE PROCESS SERVER |

Check on box below to indicate appropriate method of service

☐ Name: _____

Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's: _____ dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

X   Other   specify: Corporate Served Foundation Technology Services, LLC by serving its' Registered Agent, Charles M. Ruggiero at his usual place of abode located at 7290 Sentinae Chase Drive, Roswell, GA 30076

## STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on: _____ 9/12/04

*Anthonio Highton Sr.*
Signature of Server
Professional Process Service of Georgia, Inc.
925 Main Street, Suite 210
Stone Mountain, GA 30082

Document served: Summons in a Civil Case; Complaint and Jury Trial Demand; Notice Consent, and Order of Reference Excercise of Jurisdicitio by a United States Magistrate Judge and Instruction Regarding Pretrial Proceedings

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TISA SCHUURMAN | * | |
| | * | |
| Plaintiff, | * | Civil Action |
| | * | No. 1:04-CV-2799 |
| vs. | * | |
| | * | |
| FOUNDATION TECHNOLOGY | * | |
| SERVICES, LLC | * | |
| | * | |
| Defendant. | * | |

## ENTRY OF DEFAULT

Based upon the record in this case, it appears that Defendant Foundation Technology Services, LLC is in default for failure to answer, defend, or otherwise plead in this action as required by law.

Default is hereby entered against the Defendant.

This _____ day of February, 2005.


_____
Clerk, United States District Court
For the Northern District of Georgia

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TISA SCHUURMAN | * | |
| | * | |
| Plaintiff, | * | Civil Action |
| | * | No. 1:04-CV-2799 |
| vs. | * | |
| | * | |
| FOUNDATION TECHNOLOGY SERVICES, LLC | * | |
| | * | |
| Defendant. | * | |

### CERTIFICATE OF SERVICE

This is to certify that this 5th day of February, 2005, I served a copy of the foregoing **Application for Entry of Default and Entry of Default** by first-class mail, with adequate postage prepaid, upon the following persons or entities at the addresses stated:

Foundation Technology Services, LLC
c/o registered agent, Charles M. Rugiero
7299 Sentinae Chase Drive
Roswell, GA 30076.

_____
Jeffrey A. Johnson
Georgia Bar No. 394719
Attorney for Plaintiff

331 Washington Avenue
Marietta, GA 30060
(770) 919-0517